UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HAROLD JOE BLACK                           CIVIL ACTION NO. 11-cv-1714

VERSUS                                     JUDGE FOOTE

JAMES LEBLANC, ET AL                       MAGISTRATE JUDGE HORNSBY

**O R D E R**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Preliminary Injunction (Doc. 7) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of September, 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE