


U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 9 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 11-cv-1714 |
| VERSUS | JUDGE FOOTE |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Secretary James LeBlanc's **Motion to Dismiss (Doc. 50)** is **granted** and all claims against LeBlanc are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 9th day of April, 2013.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE