
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 3 2013

TONY R. MOORE, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

---

| | |
|---|---|
| HAROLD JOE BLACK | CIVIL ACTION NO. 11-cv-1714 |
| VERSUS | JUDGE FOOTE |
| JAMES LEBLANC, ET AL | MAGISTRATE JUDGE HORNSBY |

---

## ORDER

Plaintiff Harold Joe Black, appearing *pro-se*, has filed a motion to appeal four decisions of this Court affirming rulings of the Magistrate. [Record Document 75]. Plaintiff wishes to appeal the following orders to the Fifth Circuit:

- [Record Document 68], affirming the Magistrate's denial of Plaintiff's motion to appoint counsel and motion to amend/correct;

- [Record Document 69], affirming the Magistrate's denial, with a right to re-urge, of Plaintiff's motion for return of affidavits;

- [Record Document 70], affirming the Magistrate's denial of Plaintiff's motion for default judgment and motion to transfer the case to the Lake Charles Division; and

- [Record Document 71], affirming the Magistrate's denial of Plaintiff's motion for contempt against James LeBlanc and Warden Terry Terrelle;

The Court interprets Plaintiff's request as a motion for interlocutory appeal under 28 U.S.C. § 1292(b):

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order. The Court of Appeals which would have jurisdiction of an appeal of such action may thereupon, in its discretion, permit an appeal to be taken from such order, if application is made to it within ten days after the entry of the order: Provided, however, That application for an appeal hereunder shall not stay proceedings in the district court unless the district judge or the Court of Appeals or a judge thereof shall so order.
>
> 28 U.S.C. § 1292(b) (2013)

Plaintiff's bare-bones motion fails to meet any of the requirements of 28 U.S.C. § 1292(b). None of the above motions involve controlling questions of law. Neither is there a substantial ground for difference of opinion regarding any of them—each one having been appropriately disposed of by the Magistrate in summary manner. Finally, as they deal with matters that are peripheral to the substance of Plaintiff's claims, immediate appeal of these orders will not materially advance this litigation. Plaintiff's motion is therefore **DENIED**.

Done and signed this 13th day of August, 2013 in Shreveport, Louisiana.

