U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 1 3 2013

TONY R. MOORE, CLERK
BY ————————————
DEPUTY



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HAROLD JOE BLACK                    CIVIL ACTION NO. 11-cv-1714

VERSUS                              JUDGE FOOTE

JAMES LEBLANC, ET AL                MAGISTRATE JUDGE HORNSBY

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for TRO or Preliminary Injunction (Doc. 53) is **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ day of _____, 2013.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE