RECEIVED

MAY 0 7 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HAROLD JOE BLACK                         CIVIL ACTION NO. 11-cv-1714

VERSUS                                   JUDGE STAGG

JAMES LEBLANC, ET AL                     MAGISTRATE JUDGE HORNSBY

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that all claims against the remaining defendants in this civil action are **dismissed** for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _____ 7th _____ day of _____ May _____, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE