UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

HAROLD JOE BLACK                                           CIVIL ACTION NO. 11-1714

VERSUS                                                              JUDGE S. MAURICE HICKS, JR.

JAMES LEBLANC, ET AL.                                   MAGISTRATE JUDGE HORNSBY

## ORDER

Before the Court is Plaintiff Harold Joe Black's ("Black") Motion to "Reconsider Appoint Counsel." See Record Document 118. As stated in the Order denying the original Motion to Appoint Counsel (Record Document 116), the district court is not required to appoint counsel for an indigent plaintiff asserting a claim under Section 1983 unless the case presents exceptional circumstances. See Ulmer v. Chancellor, 691 F.2d 209, 212 (5th Cir. 1982). Black has cited a Third Circuit case as the basis for his argument for what this Court should consider in ruling on a motion to appoint counsel. This case is not binding on this Court, and Black has failed to set forth any new facts that would establish the "exceptional circumstances" required by the Fifth Circuit for appointment of counsel for an indigent plaintiff asserting a claim under Section 1983.

Accordingly,

**IT IS ORDERED** that Black's Motion to "Reconsider Appoint Counsel" (Record Document 118) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 6th day of April, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE