UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**HAROLD JOE BLACK**                               **CIVIL ACTION NO. 11-1714**

**VERSUS**                                         **JUDGE S. MAURICE HICKS, JR.**

**JAMES LEBLANC, ET AL**                           **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Motion for Summary Judgment (Doc. 138)** and Plaintiff's **Motion to Stay Summary Judgment (Doc. 137)** be and are hereby **denied**.

**IT IS FURTHER ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 131)** be and is hereby **granted**, and all claims against James LeBlanc and Jerry Goodwin are **dismissed with prejudice**.

All claims against all Defendants have now been resolved, so this is a final judgment.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 17th day of November, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE